THE PEOPLE *ex rel.* PARISH, *against* THE SUPERVISORS OF ST. LAWRENCE.

The assess-ment of dama-ges by com-missioners ap-pointed under the 16th sec-tion of the act to regulate highways, (2 R. L. 275,) is conclusive upon the board of super-visors, who are bound to pro-ceed and levy such dama-ges; and can-not inquire whether they be too high or not.

A ROAD being laid out through the improved land of the relator, his damages were appraised by commissioners ac-cording to the 16th section of the act to regulate highways. (2 R. L. 275,) at $750. The oath and award of the com-missioners being presented to the defendants, they proceed-ed to inquire into the merits of the relator's claim, as whe-ther it was not extravagant; and though requested by him to cause the sum awarded to be levied, they postponed the consideration of the subject to their next annual meeting.

A motion was now made for a mandamus commanding the defendant to raise, levy and collect the money.

*J. M'Kown,* for the motion.

*Curia.* Clearly the supervisors have nothing to do with the merits of the appraisal. The statute declares that the whole of the damages, &c. shall be presented to the board of supervisors, &c. *who shall cause the same to be raised, levied and collected,* in the same manner as the other town

charges are by law directed to be raised, levied and collect-ed. The award of the commissioners, they having juris-diction, is conclusive upon the board as to the amount. The motion must be granted.